DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARMEN FRANCIS,**
Appellant,

v.

**CIT BANK, N.A.,** f/k/a **ONEWEST BANK, N.A.,** f/k/a
**ONEWEST BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INCORPORATED,** as nominee for **CITIMORTGAGE, INC.,**
and **CITY OF TAMARAC, FLORIDA**
Appellees.

No. 4D16-0500

[July 27, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE09-029684 (25).

Mark H. Klein of David Jay Bernstein, P.A., Deerfield Beach, for appellant.

Kimberly S. Mello and Danielle M. Diaz of Greenberg Traurig, P.A., Tampa, and Michele L. Stocker of Greenberg Traurig, P.A., Fort Lauderdale, for appellee CIT Bank, N.A.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ, JJ., and CYNAMON, ABBY, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***